## United States District Court for the Northern District of Illinois

Case Number: `08cv4826`        Assigned/Issued By: `j. n.`

Judge Name: `aspen`            Designated Magistrate Judge: `cox`

---

### FEE INFORMATION

*Amount Due:*   [✓] $350.00    [ ] $39.00    [ ] $5.00
               [ ] IFP        [ ] No Fee    [ ] Other _____
               [ ] $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: `350`                    Receipt #: `3047152`

Date Payment Rec'd: `8-25-08`         Fiscal Clerk: `j. n.`

---

### ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
[ ] Citation to Discover Assets          (Victim, Against and $ Amount)

[ ] Writ _____
         (Type of Writ)

`1` Original and `0` copies on `8-25-08` as to `defendant`
                              (Date)

---

C:\wpwin80\docket\feeinfo.frm    03/14/05